UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) MAGISTRATE NO. 05m-1125-JGD |
| v. | ) |
| DAVID GONZALEZ, | ) |
| Defendant. | ) |

### GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The government respectfully moves to unseal the Indictment, arrest warrant, this motion and the Court's order on this motion, and any other related paperwork in this case filed with this Court on or about August 24, 2005. As grounds therefor, the government states that the defendant has been arrested pursuant to a warrant issued by the U.S. District Court for the District of Maine, and there is no further need to maintain the secrecy of the Indictment, arrest warrant, this motion and the Court's order on this motion, and any other related paperwork.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *[signature]*
ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney
(617) 748-3103

Date: August 24, 2005

*[Handwritten in left margin: 8/24/05 Allowed / Judith Gail Dein, USMJ]*