UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
) CRIMINAL NO. 05m-1125-JCD
V. )
)
)
DAVID GONZALEZ )

AFFIDAVIT IN SUPPORT OF RULE 40 PROCEEDING

I, Paul J. McNeil, Special Agent of the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives, do hereby make oath before the Honorable Judith G. Dein, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives, I am advised that there is presently a warrant of arrest outstanding for one DAVID GONZALEZ in the District of Maine, based upon an indictment charging the defendant with , use of false identification in the acquistion of a firearm, in violation of 18 U.S.C. § 922(a)(6), and I do hereby make oath that this warrant of arrest is outstanding in said District of Maine on the basis of the information set out above.

*Paul J. McNeil*
PAUL J. MCNEIL
U.S. Bureau of Alcohol, Tobacco,
Firearms and Explosives

Subscribed and sworn to before me this 24th day of August, 2005.

/s/ Judith Gail Dein
JUDITH G. DEIN
United States Magistrate Judge