UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
        v.                     )     CRIMINAL NO. 05M-1125-JGD
                               )
DAVID GONZALEZ                 )
                               )

## ORDER OF REMOVAL

The above-named defendant was arrested in the District of
Massachusetts on August 23, 2005, by the Boston Police
Department, and taken into federal custody by Special Agent Paul
J. McNeil of the U.S. Bureau of Alcohol, Tobacco, Firearms and
Explosives, on an arrest warrant issued on December 1, 2004, by
the United States District Court, District of Maine.

An initial appearance was held before me on August 24, 2005,
and the government moved for detention on risk of flight and
dangerousness grounds under 18 U.S.C. §§ 3142(f)(1)(D) and
(f)(2)(A). On the same date, the defendant appeared before me
and agreed that he is the person named in the indictment and
waived his right to an identity and removal hearing, and
consented to an order removing him to the District of Maine. The
defendant has been ordered detained pending a detention hearing
in the District of Maine.

**IT IS THEREFORE ORDERED** the defendant be, and hereby is,
**REMOVED** to the District of Maine and, further, that the defendant
appear before the United States District Court for the District
of Maine, Portland, Maine, when ordered do so by that Court.

The Clerk is directed to send the original papers in this matter to the Clerk, United States District Court for the District of Maine, Portland, Maine.

Judith Gail Dein

JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS

Dated: